# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | ) |
|     Plaintiff, | ) Case No. 2:15-cv-01931-JCM-GWF |
| vs. | ) **ORDER** |
| EQUISOURCE, LLC, *et al.*, | ) |
|     Defendants. | ) |

This matter is before the Court on the parties' Stipulation and Order to Stay Case (ECF No. 31), filed on October 3, 2016.

The parties request a stay of this case pending the resolution of the issues raised in *Bourne Valley Court Trust v. Wells Fargo Bank*, 2016 WL 4254983 (9th Cir. Aug. 12, 2016). On November 4, 2016, the Ninth Circuit denied the appellee's petition for rehearing or rehearing en banc. *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, United States Court of Appeals for the Ninth Circuit, No. 15-15233, Order (Dkt Entry: 69). On November 17, 2016, the Ninth Circuit also denied appellee's motion to stay mandate pending the filing and disposition of a petition for writ of certiorari to the United States Supreme Court. *Id.*, Order (Dkt Entry: 75). Based on these developments, a stay of proceedings based on *Bourne Valley* is no longer necessary and the parties' stipulation has been rendered moot. The Court instructs the parties to meet and confer regarding any necessary extension of the discovery deadlines and to thereafter submit a proposed stipulation. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Stay Case (ECF No. 31) is **denied** as moot.

DATED this 30th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge