UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | Case No. 2:15-CV-1931 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| EQUISOURCE, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the joint motion to extend time regarding briefing for defendant Pebble Creek West Homeowners Association's (the "HOA") motion to dismiss or, alternatively, motion for summary judgment. (ECF No. 39).

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and co-defendant Equisource, LLC ("Equisource") "anticipate engaging in settlement discussions that may eliminate the need to further brief dispositive motions in this matter." (ECF No. 39 at 1–2).

Thus, the HOA and Chase request that the deadlines for submitting a response and reply to the HOA's motion to dismiss be extended to August 7, 2017, and August 21, 2017, respectively. The court will grant this joint motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the joint motion (ECF No. 39) be, and the same hereby is, GRANTED.

DATED August 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge