UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>                    Plaintiff,<br>     v.<br>EQUISOURCE, LLC *et al.*,<br><br>                    Defendants. | Case No. 2:15-cv-01931-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Defendant Alessi & Koenig LLC ("A&K") (ECF No. 46), filed on July 27, 2018. Counsel represents that A&K dissolved in April 2016 and as a result no longer has any funds to pay for representation. The Court finds that the movant has substantially established good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Defendant Alessi & Koenig LLC (ECF No. 46) is **granted**.

**IT IS FURTHER ORDERED** that Alessi & Koenig, LLC must retain new counsel if it intends to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Alessi & Koenig, LLC shall have until **August 20, 2018**, to advise the Court if it will retain new local counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known addresses of Alessi & Koenig LLC to the civil docket:

**Alessi & Koenig LLC – Debtor**
**9500 W. Flamingo Road #205**
**Las Vegas, NV 89147**

1

**Alessi & Koenig LLC – Debtor**
**c/o Jeanette McPherson, Esq. and/or Trustee Shelley Krohn, Esq.**
**Schwartzer McPherson**
**2850 S. Jones Boulevard, Suite 1**
**Las Vegas, NV 89146**

2. Serve Alessi & Koenig, LLC with a copy of this order at its last known address listed above.

Dated this 31st day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

2