UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>Plaintiff(s),<br><br>v.<br><br>EQUISOURCE, LLC, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1931 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. Equisource, LLC, et al*, case no. 2:15-cv-01931-JCM-GWF.

On September 20, 2017, plaintiff JPMorgan Chase Bank, N.A. ("Chase") filed a status report indicating the following:

> Chase and Equisource reached settlement and agreed to settlement terms at the settlement conference and reduced those terms to a term sheet, executed by counsel for both Parties, as well as the settlement judge who presided over the settlement. Chase drafted the comprehensive releases for both matters, as contemplated by the term sheet, and circulated those drafts to counsel for Equisource.
>
> Over a month after Chase circulated draft releases, counsel for Equisource indicated that his client was not content with the settlement terms despite previously agreeing to those terms in good faith. Equisource now seeks to materially alter the settlement terms and withhold funding of the settlement.
>
> Chase has commenced an action in the Eighth Judicial District Court of Nevada, Clark County, to enforce the settlement as to this matter and the concurrently settled State Court Action. *See JPMorgan Chase Bank, N.A. v. Equisource*, LLC, Case No. A-17-761345-C. Chase anticipates that the Parties will move forward with dismissal of the instant action following enforcement of the settlement.

(ECF No. 43 at 2).

In light of the foregoing, the court hereby orders Chase to file a status report within twenty-one (21) days indicating the status of the present action.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that Chase shall file a status report within twenty-one (21) days of the date of this order indicating the status of the present action. Failure to file a timely status report may result in dismissal of this case.

DATED January 7, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**