1  Edward D. Boyack
   Nevada Bar No. 005229
2  Mike Van Luven
   Nevada Bar No. 13975
3  **BOYACK ORME & ANTHONY**
4  7432 W. Sahara Ave., Suite 101
   Las Vegas, Nevada 89117
5  ted@boyacklaw.com
   mike@boyacklaw.com
6  702.562.3415
   702.562.3570 (fax)
7  *Attorney for Defendant/Third-Party Plaintiff/Crossdefendant*
   *Pebble Creek West Homeowners' Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> EQUISOURCE, LLC, a Nevada limited liability company; PEBBLE CREEK WEST HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; DOES I-X; and ROE COMPANIES XI-XX, inclusive, <br><br> Defendants. | CASE NO. 2:15-cv-01931-JCM-GWF <br><br> **MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |
| PEBBLE CREEK WEST HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation, <br><br> Third-Party Plaintiff, <br> vs. <br><br> ALESSI & KOENIG, LLC, a Nevada limited liability company. <br><br> Third-Party Defendant. | |
| EQUISOURCE, LLC, <br><br> Counterclaimant, | |

vs.

JPMORGAN CHASE BANK, N.A.,

     Counterdefendant.

EQUISOURCE, LLC,

     Crossclaimant,

vs.

PEBBLE CREEK WEST HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,

     Crossdefendant.

## MOTION TO REMOVE COUNSEL FROM SERVICE LIST

NOW COMES the Defendant/Third Party Plaintiff/Cross-Defendant, PEBBLE CREEK WEST HOMEOWNERS' ASSOCIATION, through its counsel of record BOYACK ORME & ANTHONY, moves this Court to Remove Patrick A. Orme, Esq. from the CM/ECF service

DATED this 11th day of January, 2019.

**BOYACK ORME & ANTHONY**

By: */s/Edward D. Boyack*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 005229
Mike Van Luven
Nevada Bar No. 13975
7432 W. Sahara Ave, Ste 101
Las Vegas, Nevada 89117
*Attorney for Pebble Creek West Homeowners' Association*

**IT IS SO ORDERED.**

DATED this 14th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of January, 2019, service of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was made this date via electronic service through the Court's CM/ECF e-filing system.

By: /s/ *Norma Ramirez*
An Employee of Boyack Orme & Anthony