Abran E. Vigil
Nevada Bar No. 7548
Joseph Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
E-mail:  vigila@ballardspahr.com
E-mail:  sakaij@ballardspahr.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. | CASE NO. 2:15-cv-01931-JCM-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| EQUISOURCE, LLC, a Nevada limited liability company; PEBBLE CREEK WEST HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; DOES I–X; and ROE COMPANIES XI–XX, inclusive | |
| Defendants. | |

Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counter-Claimant/Cross-Claimant Equisource, LLC ("Equisource"), and Defendant/Third-Party Plaintiff/Cross-Defendant Pebble Creek West Homeowners Association ("Pebble Creek," collectively with Chase and Equisource the "Parties"), by and through their respective counsels of record, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the Parties to this matter will dismiss this matter in its entirety, including but not limited to all claims, counterclaims, and third party claims, with prejudice.

DMWEST #17798273 v1

**IT IS FURTHER STIPULATED AND AGREED** that each party will bear its own attorney's fees and costs.

| BALLARD SPAHR LLP | COOPER COONS LTD. |
|---|---|
| /s/ Joseph Sakai | /s/ Thomas Miskey |
| Abran E. Vigil, Esq. | J. Charles Coons, Esq. |
| Nevada Bar No. | Nevada Bar No. 10553 |
| Maria A. Gall, Esq. | Thomas Miskey, Esq. |
| Nevada Bar No. 14200 | Nevada Bar No. 13540 |
| Joseph P. Sakai, Esq. | 10655 Park Run Drive, Suite 130 |
| Nevada Bar no. 13578 | Las Vegas, Nevada 89144 |

*Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.*

*Attorneys for Defendant/Counterclaimant Equisource, LLC*

BOYACK ORME & ANTHONY

/s/ Michael Van Luven
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Michael Van Luven, Esq.
Nevada Bar No. 13975
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Defendant/Third-Party Plaintiff Pebble Creek West Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: February 28, 2019

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February, 2019 and pursuant to F.R.C.P. 5(b), a true and correct copy of the foregoing Stipulation and Order to Dismiss was filed and served on the parties via the Court's electronic service system:

| | |
|---|---|
| Edward D. Boyack<br>Boyack Orme & Taylor<br>7432 W. Sahara, Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Pebble Creek West Homeowners Association* | Steven T. Loizzi<br>Alessi & Koenig, LLC<br>9500 West Flamingo Road, Suite 205<br>Las Vegas, Nevada 89147<br><br>*Attorneys for Alessi & Koenig, LLC* |

J. Charles Coons, Esq.
Thomas Miskey, Esq.
Cooper Coons, Ltd.
10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89144

*Attorneys for Equisource, LLC*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146

/s/ Mary Kay Carlton
An employee of Ballard Spahr LLP

DMWEST #17798273 v1